UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Lance Adam Goldman,<br>    Petitioner,<br><br>-v-<br><br>Joseph Barrett,<br>    Respondent. | No. 1:17-cv-506<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

In accordance with the Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: May 30, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge